UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-475-BO

FILED IN OPEN COURT
ON 11/27/18 NB
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| ANTHONY BUTLER ) | |

The Grand Jury charges that:

On or about June 10, 2018, in the Eastern District of North Carolina, ANTHONY BUTLER, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

(Remainder of Page intentionally left blank)

## FORFEITURE NOTICE

As a result of the foregoing offenses, the defendant shall forfeit to the United States any and all of the defendant's interest in any firearms and ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g), under the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2641(c). The forfeitable property includes, but is not limited to:

(1) Glock, .45 caliber handgun, bearing serial number PGK883

(2) .45 caliber ammunition

If any of the above-described forfeitable property, as a result of any act or omission of the defendant –

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

2

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

ROBERT J. HIGDON, JR.
United States Attorney

*/s/ signature/*
BY: Chad E. Rhoades
Assistant United States Attorney